UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI HUIPIO,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>        Defendants. | Case No. 21-cv-07838-SVK<br><br>**ORDER TO SHOW CAUSE** |

On October 13, 2021, Defendants filed a motion to dismiss Plaintiff's complaint. Dkt. 8. Plaintiff did not file an opposition to the motion to dismiss by the October 27, 2021 deadline. The Court therefore **ORDERS** as follows:

1. Plaintiff must file a response to this Order to Show Cause by **November 9, 2021** to show cause why the case should not be dismissed; and
2. The Parties must appear at a hearing on this Order to Show Cause on **November 16, 2021 at 10:00 a.m.**

**SO ORDERED.**

Dated: November 1, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge